JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Ned_Smock@fd.org

Counsel for Defendant SHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHEN SHEN,<br><br>Defendant. | Case No.: 25-259 WHO<br><br>**MOTION TO PERMIT TRAVEL TO MEMORIAL SERVICE** |

Chen Shen was released subject to home detention on September 22, 2025.  ECF No. 44.  He has been in full compliance with his conditions of release since that time.

A friend of Mr. Shen passed away last week and a memorial service has been scheduled for Saturday, October 18, 2025 at 10:00 a.m. at San Jose Funeral Services in San Jose.  Mr. Shen will be driven to and from the service by his friend Yuan Zhang, who is a surety on the bond in this case.

1    For these reasons, Mr. Shen requests permission to leave his home between 9:00 a.m. and

2    2:00 p.m. on October 18, 2025 to attend the memorial service in San Jose.   The defense has

3    communicated with United States Pretrial Services and the government about this request.  United

4    States Pretrial Services has confirmed the memorial service with the funeral home and does not

5

6    object to the request.  Counsel for the United States indicated that the government objects to the

7    request.

8

9                    October 17, 2025                    JODI LINKER
                     Dated                               Federal Public Defender
10                                                       Northern District of California

11                                                       _____/S_____
12                                                       NED SMOCK
                                                         Assistant Federal Public Defender
13

14           IT IS SO ORDERED.

15

16    _____           _____

17      Dated                                           HON. LISA J. CISNEROS
                                                        United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER 2