# UNITED STATES DISTRICT COURT

for the

## Northern District of California

**U.S.A. Vs. Chen Shen**                **Docket No. 4:25-mj-71116-MAG and 3:25-cr-00259-WHO**

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

Name of Defendant:          Chen Shen

Name of Judicial Officer:   Alex G. Tse, U.S. Magistrate Judge

Date of Release:            9/22/2025

Charged Offense:            18 U.S.C. § 922 (g)(1) – Possession of a Firearm by a Felon; 18 U.S.C. § 922 (g)(5) – Possession of a Firearm by an Alien Unlawfully Present

18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 – Mail Fraud; 18 U.S.C. § 2320(a) – Conspiracy to Traffic in Counterfeit Goods; 18 U.S.C. § 2320(a)(1) – Trafficking in Counterfeit Goods

Release Conditions:         $50,000 Unsecured Bond

Special Conditions:

1. *Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed;*
2. *Defendant must not commit any federal, state, or local crime;*
3. *Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation;*
4. *Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services;*
5. *Defendant must surrender all passports and other travel documents to Pretrial Services and must not apply for other passports or travel documents;*

NDC-PRET 06/25/14

**PETITION FOR ARREST WARRANT**
**RE: Chen Shen        Docket No. 4:25-mj-71116-MAG, 3:25-cr-00249-WHO**

6. *Defendant must not possess any firearm, destructive device, or other dangerous weapon;*
7. *Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription;*
8. *Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services;*
9. *Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel;*
10. *Defendant must not change residence or telephone number without prior approval of Pretrial Services;*
11. *Defendant must remain in the custody of custodian Lichi Sui at 176 Paso Olmo Terrace, Fremont;*
12. *Defendant must not travel outside of the Northern District of California;*
13. *Defendant must remain at his/her residence at all times except for medical, substance abuse, attorney visits, court appearances, court-approved obligations, or other activities approved in advance by Pretrial Services and the Court; and*
14. *Defendant must submit to location monitoring as directed by Pretrial Services to ensure compliance with all court-ordered location restrictions.*

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Reanna Agah, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**PETITION FOR ARREST WARRANT**
**RE: Chen Shen          Docket No. 4:25-mj-71116-MAG, 3:25-cr-00249-WHO**

**VIOLATION(S):**

1)      Pretrial Services received Location Monitoring alerts "Proximity Tamper" and "Strap Tamper" on April 25, 2026 at 02:05 a.m. At this time, Pretrial Services attempted to call the defendant, but the call went straight to voicemail. A text message was sent requesting a call back immediately. Pretrial Services attempted contact again at 06:53 a.m., to which there was no response. Further attempts to contact the defendant, third-party custodian, Lichi Sui, and bond co-signer Yuan Zhang, were made throughout the day, but were unsuccessful. In addition, Alameda County Inmate Locator records do not show the defendant is in custody.

In light of the above noted information, the defendant's whereabouts are unknown.

Based on the foregoing, there is probable cause to believe that Chen Shen violated the conditions of his pretrial supervision release.  Therefore, I ask the Court to issue a no-bail warrant for his arrest.

Respectfully submitted,

Reanna Agah
U.S. Pretrial Services Officer
Place:  **Oakland, California**
Date Signed:  4/25/2026

Approved by:

Amaryllis Austin
Deputy Chief U.S. Pretrial Services Officer

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

☒   X    The issuance of a no-bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why bail should not be revoked.

**PETITION FOR ARREST WARRANT**
**RE: Chen Shen        Docket No. 4:25-mj-71116-MAG, 3:25-cr-00249-WHO**

☐    Other:  Click here to enter text

4/25/2026

_____            _____
_                                                                    _

        **Date**                                      **Honorable Alex G. Tse**
                                                     **U.S. Magistrate Judge**